THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

  Plaintiff

  v.

**ALEXANDER MIRANDA-RODRÍGUEZ,**

  Defendant.

**Civ. No. 22-310 (ADC)**

## OPINION AND ORDER

    Before the Court is U.S. Magistrate Judge Marshal D. Morgan's ("Magistrate Judge") Report and Recommendation ("R&R") recommending that the Court deny Alexander Miranda-Rodríguez's motion at **ECF No. 21; 23**. *See* **ECF No. 56**. The Magistrate Judge indicated that pursuant to Fed. R. Civ. P. 72(b)(2) and L. Civ. R. 72, defendant had fourteen days to file any objections to the R&R. **ECF No. 56**. The record reflects that, as of this date, no objections to the R&R have been filed. As such, the Report and Recommendation is deemed as unopposed and submitted to the Court for final determination. *See* Fed. R. Civ. P. 72.

    After carefully reviewing the Magistrate Judge's R&R, the filings and the record, the Court hereby adopts the R&R, and as such hereby **DENIES** defendant's motion at **ECF No. 21**. *See M. v. Falmouth School Department*, 847 F.3d 19, 25 (1st Cir. 2017) ("Absent objection ... a district court has a right to assume that the affected party agrees to the magistrate's recommendation.") (cleaned up); *see also Roy v. Hanks*, No. 22-1302, 2023 WL 3166353, at *1 (1st Cir. Mar. 6, 2023)

("Only those issues fairly raised by… objections to the magistrate's report are subject to review in the district court….") (quoting *Falmouth*); *United States v. Maldonado-Pena*, 4 F.4th 1, 20 (1st Cir. 2021) ("[W]hen, as here, a party fails to file an objection to an R&R, the party has waived any [appellate] review of the district court's decision.") (citing *United States v. Díaz-Rosado*, 857 F.3d 89, 94 (1st Cir. 2017)).

**SO ORDERED**.

At San Juan, Puerto Rico, on this 24th day of February 2025.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**